IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


LAND O' SUN MANAGEMENT CORP.,

     Plaintiff,

v.                                                                    CASE NO. 1:05-cv-00197-MP-AK

COMMERCE AND INDUSTRY INSURANCE COMPANY,

     Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 8, Motion to Remand filed by the plaintiff.

Defendant removed this case on the basis of 28 U.S.C. § 1332, alleging complete diversity of

citizenship among the parties.  In its motion, plaintiff states that it "has a good faith belief that

the damages, including statutory attorney fees and costs sought in the action, do not exceed

$75,000."  Doc. 8 at 2.  Therefore, plaintiff requests that this action be remanded to state court.

Counsel for defendant does not object to the motion provided that the amount in controversy was

in fact below the $75,000 jurisdictional limit.  Accordingly, it is hereby

     **ORDERED AND ADJUDGED:**

     Plaintiff's motion to remand is GRANTED.  This case is remanded back to the original
state court in the Eighth Judicial Circuit in and for Alachua County, Florida.

     **DONE AND ORDERED** this   *12th* day of January, 2006


          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge